**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No.  M-20-0240 |
| | § | |
| DANIEL SEPULVEDA | § | |
| EVARISTO SEPULVEDA, III | § | |
| JUAN INDALECIO GARCIA | § | |
| JOSE LUIS GARCIA | § | |
| RENE SEPULVEDA | § | |
| | § | |
| EDGAR YVAN MORENO BARRAGAN | § | |
| | § | |
| | § | |
| | § | |

## NOTICE OF APPEARANCE OF COUNSEL

The United States gives notice to the Court that government counsel has been assigned to this case.

The Assistant United States Attorney, assigned as government counsel in this case is Rick Blaylock, whose mailing address is: 600 E. Harrison, Suite 201, Brownsville, Texas 78520, and phone number is: (956) 566-2132 and whose facsimile number is: (956) 548-2711.

Please send all future correspondence, notices, orders, and other communications regarding this case to AUSA, Rick Blaylock at the following email: Rick.blaylock.jr@usdoj.gov or the mailing address or facsimile number shown above.

Respectfully submitted,

JENNIFER LOWERY
ACTING UNITED STATES ATTORNEY

By:    /s/ Rick Blaylock
Rick Blaylock
Assistant United States Attorney
Texas Bar No. 24103294
Federal Bar No. 3544108

600 E. Harrison St., #201
Brownsville, TX 78520
Phone: (956) 566-2132
Fax: (956) 548-2711